IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| v.  § | No. 1:21-CR-00152(19)-RP |
| § | |
| FERNANDO PEREZ (19) § | |

## ORDER

Before the Court is Defendant's Unopposed Motion to Modify Conditions of Release, Dkt. 279. The District Court referred the motion to the undersigned for resolution pursuant to 18 U.S.C. § 3006A(b), 28 U.S.C. § 636(b)(1)(B), and Rule 44 of the Federal Rules of Criminal Procedure. Dkt. 280. Defendant seeks to modify the Order Setting Conditions of Release, Dkt. 166, to (1) change Condition 7(p)(ii) "Home Detention" to option 7(p)(i) "Curfew" with a restriction to residence from 8:45 pm to 5:45 am, or as directed by pretrial services; and (2) add new Condition 7(t) "to notify and receive approval from Pretrial if there is a change in his expected work activities or locations." Dkt. 279, at 2.

The Government and U.S. Probation and Pretrial Services do not oppose the motion. *Id.* The motion argues that lifting modifying these conditions restrictions will facilitate Defendant's ability to carry out a new role he has been promoted to at his job. *Id.* at 1. The motion further notes that Defendant has been in full compliance with the terms of his pretrial release since his release on September 13, 2021. *Id.* at 2. Defendant's GPS-monitoring condition will remain in place unchanged. *Id.*

For all of these reasons, the Court **GRANTS** Defendant's Unopposed Motion to Amend Conditions of Release, Dkt. 279, and hereby modifies modify the Order Setting Conditions of Release, Dkt. 166, to (1) change Condition 7(p)(ii) "Home Detention" to option 7(p)(i) "Curfew" with a restriction to residence from 8:45 pm to 5:45 am, or as directed by pretrial services; and (2) add new Condition 7(t) "to notify and receive approval from Pretrial if there is a change in his expected work activities or locations."

SIGNED December 6, 2021.

_____
DUSTIN M. HOWELL
UNITED STATES MAGISTRATE JUDGE