UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** § | |
| § | |
| § | |
| v. § | No. 1:21-CR-00152-RP |
| § | |
| **(19) FERNANDO PEREZ,** § | |
| *Defendant* § | |

# ORDER

Before the Court is Defendant Fernando Perez's Unopposed Motion to Modify Conditions of Release, Dkt. 540. The District Court referred the motion to the undersigned for disposition. Dkt. 541. The motion seeks to modify the conditions of Defendant's pretrial release to permit him to travel with his family to Orlando, Florida for vacation. Dkt. 540. Specifically, Defendant seeks to temporarily suspend condition 7(f) of the order setting the conditions of his release, which restricts Defendant's travel to Travis and contiguous counties. *See* Dkt. 166. The motion indicates that Defendant has been in compliance with the conditions of his release, and that the Court has previously approved modifications of his conditions without incident. Dkt. 540, at 1-2. The Government does not oppose the relief sought. *Id.*, at 3.

Accordingly, the Court **GRANTS** Defendant's motion, Dkt. 540, and **ORDERS** that Defendant's Order Setting Conditions of Release, Dkt. 166, be modified as follows:

The Court temporarily **MODIFIES** condition 7(f) to permit Defendant to travel from Austin, Texas to Orlando, Florida between the dates of December 16, 2022, and December 23, 2022. This the temporary modification to condition 7(f) will terminate on December 23, 2022, and the previous condition limiting Defendant's travel to Travis County and contiguous counties and no travel to Mexico will be reinstated.

The **FURTHER ORDERS** Defendant to provide the U.S. Pretrial Services Office with the name of the hotel, address, and local telephone number where he will be staying.

SIGNED December 6, 2022.

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　
DUSTIN M. HOWELL
UNITED STATES MAGISTRATE JUDGE